# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| *In re:* | * | |
| | * | |
| HEE JUNG KIM | * | BANRKUPTCY NO. 11-12280 |
| | * | |
| Debtor | * | CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned attorney appears for Jae S. Yoon and requests that, pursuant to Bankruptcy Rules 2002 and 9010, notices given or required to be given in this case, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, requests, complaints or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the undersigned attorney for Jae S. Yoon at the address and the telephone number set forth below.

Dated this 8th day of August, 2011.

/s/ Jeremy C. Huang
Jeremy C. Huang, Bar No. 76861
Rowe Barnett, PLLC
5906 Hubbard Dr
Rockville, MD 20852
(301) 770-4710 / FAX (301) 770-4711
e-mail: jhuang@rowepllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Hearing was served first class mail, postage prepaid, and/or via hand delivery, and/or ECF system on this 8th day of August 2011, upon the Chapter 13 Trustee and the following parties:

Nathan A. Fisher
3977 Chain Bridge Road, #2
Fairfax, VA 22030

**/s/ Jeremy C. Huang**
Jeremy C. Huang